IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 0 6 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| GERARD J. ASMORE | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) SA-14-CA-851-OG |
| | ) |
| PROFESSIONAL JANITORIAL | ) |
| SERVICE | ) |
| | ) |
| Defendant | ) |

**ORDER**

The Court previously denied plaintiff's application to proceed *in forma pauperis* after he failed to respond to the Court's questionnaire. (Dkt. no. 3). On October 27, 2014, the Court ordered plaintiff to pay the filing fee on or before November 3, 2014. (Dkt. no. 3). The Court warned plaintiff that failure to pay the filing fee would result in the dismissal of his complaint. (Dkt. no. 3). The deadline for paying the filing fee expired more than sixty days ago.

It is therefore ORDERED that any and all claims in this case are DISMISSED without prejudice for failure to pay the filing fee and comply with the Court's orders. This case may be closed.

SIGNED this 6 day of January, 2015.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE